# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DAVID A. HARPER,**

      **Plaintiff,**

**v.**                                                     **Case No:   6:14-cv-1327-Orl-40GJK**

**THE FLORIDA BAR, JOANN MARIE STALCUP, JAMES PERRY, ALAN DICKEY, NANCY ALLEY, CLAYTON SIMMONS, ROBERT WOHN, JR. , GEORGE MAXWELL, ROBERT HAWLEY, ROBERT PEGG, STEVEN LEVIN, JANICE BUCHMAN, JOHN PAPPAS, BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP, JUDITH KINNEY, JEAN DUBINSKI, KELLY JO (HEISER) HEINZ, JAMES PARTLOW, SCLAFANI WILLIAMS COURT REPORTERS, ACCURATE COURT REPORTERS, RITA MOTT, RITA MEYER, FLORIDA HOSPITAL, DOCTOR LABIODA, DOCTOR OVERMEYER, DOCTOR CHANDHRAY, DOCTOR SHEPARD, THE FLORIDA SUPREME COURT, UNITED SERVICES AUTOMOBILE ASSOCIATION, THE STATE BAR OF CALIFORNIA, THE CALIFORNIA STATE BAR COURT, THE COLORADO OFFICE OF ATTORNEY REGULATION, THE COLORADO OFFICE OF THE PRESIDING DISCIPLINARY JUDGE and DOES 1 THROUGH 20,**

      **Defendants.**

---

## REPORT AND RECOMMENDATION

This cause comes before the Court on periodic review. On October 28, 2014, the Court entered an order (the "Order") denying Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs, and dismissing the complaint because it: 1) was a shotgun pleading; 2) failed to adequately identify the laws that had been violated under Counts I, II and IV; 3) asserted violations of criminal statutes; and 4) failed to identify how a particular defendant was involved in the violation alleged in each count. Doc. No. 3 at 4-6. The Court granted Plaintiff leave to file an amended complaint within twenty-one (21) days from the date the Order was entered. Doc. No. 3 at 7. The Court admonished Plaintiff that "[f]ailure to file an amended complaint and renew the motion to proceed *in forma pauperis* or pay the full filing fee within the time provided will result in a recommendation that the case be dismissed without further warning[.]" Doc. No. 3 at 8. Plaintiff has failed to file an amended complaint or pay the full filing fee within the time provided in the Order.

Accordingly, it is **RECOMMENDED** that:

1. The case be **DISMISSED without prejudice** for failure to prosecute; and

2. The Clerk be directed to close the case.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

**The Clerk is directed to send a copy of this report and recommendation to Plaintiff by certified and regular mail.**

Recommended in Orlando, Florida on December 2, 2014.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy