**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DAVID A. HARPER,

      Plaintiff,

v.                              Case No:   6:14-cv-1327-Orl-40GJK

THE FLORIDA BAR, JOANN MARIE STALCUP, JAMES PERRY, ALAN DICKEY, NANCY ALLEY, CLAYTON SIMMONS, ROBERT WOHN, JR. , GEORGE MAXWELL, ROBERT HAWLEY, ROBERT PEGG, STEVEN LEVIN, JANICE BUCHMAN, JOHN PAPPAS, BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP, JUDITH KINNEY, JEAN DUBINSKI, KELLY JO (HEISER) HEINZ, JAMES PARTLOW, SCLAFANI WILLIAMS COURT REPORTERS, ACCURATE COURT REPORTERS, RITA MOTT, RITA MEYER, FLORIDA HOSPITAL, DOCTOR LABIODA, DOCTOR OVERMEYER, DOCTOR CHANDHRAY, DOCTOR SHEPARD, THE FLORIDA SUPREME COURT, UNITED SERVICES AUTOMOBILE ASSOCIATION, THE STATE BAR OF CALIFORNIA, THE CALIFORNIA STATE BAR COURT, THE COLORADO OFFICE OF ATTORNEY REGULATION, THE COLORADO OFFICE OF THE PRESIDING DISCIPLINARY JUDGE and DOES 1 THROUGH 20,

      Defendants.

**ORDER**

This cause is before the Court on period review. The United States Magistrate Judge has submitted a report recommending that the case be dismissed without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 2, 2014 (Doc. 4), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The case is **DISMISSED without prejudice** for failure to prosecute.

3. The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Orlando, Florida on December 23, 2014.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties